IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

PURCELL LAMAR BAGLEY,

  Appellant,

 v.              Case No.  5D16-149

OFFICE OF THE PUBLIC DEFENDER,
SEVENTH JUDICIAL CIRCUIT, PUTNAM COUNTY,

  Appellee.

_____/

Opinion filed August 2, 2016

Appeal from the Circuit Court
for Putnam County,
Patti A. Christensen, Judge.

Purcell Lamar Bagley, Raiford, pro se.

James S. Purdy, Public Defender, and
Edward J. Weiss, Assistant Public
Defender, Daytona Beach, for Appellee.


PER CURIAM.


  AFFIRMED.  *See Vann v. State*, 8 So. 3d 1244 (Fla. 2d DCA 2009).


LAWSON, C.J., COHEN and EDWARDS, JJ., concur.